571 A.2d 365

**Rita MOONEY and Robert C. Long**

v.

**Joseph MASGAI, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 14, 1990.

## ORDER

PER CURIAM.

The petition for allowance of appeal in this matter is GRANTED and the case is to be REMANDED to the Superior Court for reconsideration in light of this Court's decisions in *Kurtas* and *Yeaple*.